824

December 17, 1969.

M. P. No. 883. JOAN A. D'AREZZO *v.* LOUIS D'AREZZO. Petition for writ of certiorari granted, writ to issue forthwith. All further proceedings in Family Court stayed until further order. *Toro & Crouchley, Eugene F. Toro,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent.